IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 04 2018**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__Tong Heu_____, Applicant,

v.

Mr. Jeff Sessions: U.S. Attorney General; Mr. Johnny Choates: Warden for GEO CDF; Mr. Jeffery Lynch: Acting Field Director for Colorado; Mr. Jeh Johnson: Director of Dept Homeland Security; Mr. Elaine Duke: Acting Secretary of ICE_____, Respondent.

(Name of warden, superintendent, jailer, or other custodian)

---

### APPLICATION FOR A WRIT OF HABEAS CORPUS
### PURSUANT TO 28 U.S.C. § 2241

---

**A. PARTIES**

1. __Tong Heu / A# 076-260-273 / Aurora/ICE Processing Center 3130 N. Oakland Street Aurora, CO 80010__
   (Applicant's name, prisoner identification number, and complete mailing address)

2. __Mr. Johnny Choates / 3130 N. Oakland Street Aurora, CO 80010__
   (Respondent's name and complete mailing address)

3. If you are not confined in a prison, jail, or other correctional facility, explain how you are in custody:
   __N/A__

4. If you are confined in a prison, jail, or other correctional facility but the named respondent is not the warden, superintendent, or jailer at the prison, jail, or correctional facility in which you are confined, explain how the respondent is your custodian:
   __N/A__

**B. NATURE OF THE CASE**

(Rev. 9/02/04)

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "B. NATURE OF THE CASE." I was ordered Removed/Deported from the U.S. in 2006 by a Immigration Judge in Colorado, but had to go do some time in prison. I got paroled on June 22nd, 2017 and immediately came into the custody of the U.S. I.CE. on this date. My 180 days Removal Period expired on 12/19/17. There is no significant likelihood of my removal in the reasonably foreseeable future. A presumptive reasonable period has well exceeded the reasonable period.

My race is Hmong. I was born in France. My parents were born in Laos. France does not recognize me because my parents were war refugees and Laos wants nothing to do with me because I am not Laotian or born there. I am literally a "man of no country."

## C. CLAIMS

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

CAUTION: In order to proceed in federal court, you ordinarily must exhaust administrative and/or state remedies for each claim that is asserted in this action.

1. Have you exhausted administrative and/or state remedies for each claim asserted in this action?    __ Yes  ✓ No  (CHECK ONE)

2. If you answered "No" to question 1., list the claims for which you have not exhausted administrative and/or state remedies and explain why: For this issue it does not require that I have exhausted administrative remedies since the BIA will never grant.

3. Claim One: My 180 days Removal Period has Expired

(Rev. 9/02/04)                                      2

A. Supporting facts: I came into I.C.E. custody on June 22nd, 2017. It is now the very end of December (and counting).

B. Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available): I've written kites and spoke to my Deportation Officer half a dozen times after the expiration of my removal period. I've also written to ICE supervisor Commorto with no answer back as to why I remain in custody.

4. Claim Two: _____

   A. Supporting Facts:




   B. Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available):


5. Claim Three: _____

A.   Supporting facts:

B.   Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available):

## D. PRIOR APPLICATIONS

1. Have you filed any prior action in federal court in which you raised or could have raised the claims raised in this action?   ___ Yes  ✓ No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each prior federal court action challenging the execution of your sentence.

   A.   Name and location of court:  _____

   B.   Case number:  _____

   C.   Type of proceeding:  _____

   D.   List the claims raised:  _____

(Rev. 9/02/04)                                        4

E.   Were the claims in this
     action actually asserted in
     the prior action?                 __ Yes __ No  (CHECK ONE)

F.   Were the claims in this
     action available to be
     asserted in the prior action?     __ Yes __ No  (CHECK ONE)

G.   Date and result (attach a
     copy of the decision if
     available):                       _____

## E. REQUEST FOR RELIEF

I request the following relief: To be released immediately from custody under appropriate conditions of supervision.

FYI: I have 5 years of parole to do under the Colorado Department of Corrections.

## DECLARATION UNDER PENALTY OF PERJURY

   I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   12/28/17
                 (Date)

                                                    _____
                                                    (Applicant's Original Signature)